UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| FRANCISCO BUENROSTRO DELGADO, Defendant. | No. 5:19-CR-34 |

## INFORMATION

The United States Attorney charges:

In or around February 2019, in the District of Vermont and elsewhere, defendant FRANCISCO BUENROSTRO DELGADO, knowingly and willfully conspired with others known and unknown to the United States Attorney to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C))

_____ (MPD)
CHRISTINA E. NOLAN
United States Attorney
Burlington, Vermont
September 3, 2020